# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRITTANY HERRING,**

       **Plaintiff,**

**-vs-**        **Case No. 6:05-cv-513-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **COMMISSIONER'S UNOPPOSED MOTION FOR NEW SCHEDULING ORDER (Doc. No. 15)**
>
> **FILED:** **November 23, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The deadline for the Commissioner to file and serve her brief in this case is extended until January 17, 2006, sixty days from the date Herring filed her brief.

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties