UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BRITTANY HERRING,**

        **Plaintiff,**

-vs-                                      Case No. 6:05-cv-513-Orl-28KRS

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This case is before the Court on the Complaint (Doc. No. 1). The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner of Social Security be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 13, 2006 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner of Social Security is **AFFIRMED**. The Clerk of Court is directed to enter judgment consistent with this ruling and thereafter, close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __28__ day of April, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party